Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorneys for Phillips & Cohen Associates, Ltd.

*IT IS SO ORDERED*
*Judge Edward J. Davila*
1/14/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT F. SAVAGE,<br><br>              Plaintiff,<br><br>     vs.<br><br>PHILLIPS & COHEN ASSOCIATES, LTD.. and DOES 1-10,<br><br>              Defendants. | Case No.  CV-13-05636-EJD<br><br>STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT PHILLIPS & COHEN ASSOCIATES, LTD. TO RESPOND TO COMPLAINT |

Plaintiff Scott F. Savage and Defendant Phillips & Cohen Associate, Ltd. ("PCA"), by and through undersigned counsel, hereby stipulate and agree that PCA shall have a 14-day extension of time, until January 28, 2014, to respond to the Complaint.

This stipulation is based on the fact that PCA's deadline to respond to the Complaint is presently January 14, 2014. PCA is currently conducting its investigation of this matter and therefore an extension of time to respond is needed.

Based on the foregoing, the parties stipulate that PCA shall have until January 28, 2014 to respond to the Complaint.

IT IS SO STIPULATED.

Dated: 1/13/2014        LAW OFFICES OF BALAM O. LETONA, INC.

                        */s/Balam O. Letona*
                        Balam O. Letona, Inc.
                        Attorney for Plaintiff
                        Scott F. Savage

Dated: 1/13/2014        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                        */s/Albert R. Limberg*_____
                        Albert R. Limberg
                        Attorney for Defendant
                        Phillips & Cohen Associates, Ltd.