IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT F. SAVAGE, | CASE NO. 5:13-cv-05636 EJD |
| Plaintiff(s), | **ORDER STRIKING DOCKET ITEM NO. 17; REFERRING CASE TO MEDIATION** |
| v. | |
| PHILLIPS & COHEN ASSOCIATES, LTD., | |
| Defendant(s). | |

Having reviewed Plaintiff's Notice filed February 20, 2014 (see Docket Item No. 19), the court has determined the propriety of the Stipulation Selecting Mediation filed on February 19, 2014, has been sufficiently questioned such that it should have no effect. Accordingly, Docket Item No. 17 is STRICKEN.

In any event, the parties appear to agree that this action should proceed to mediation. Since the court concurs, it will independently enter such an order. Accordingly, pursuant to ADR Local Rule 6, this case is REFERRED to mediation to be completed no later than 90 days from the date this order is filed.

**IT IS SO ORDERED.**

Dated: February 26, 2014

EDWARD J. DAVILA
United States District Judge