Balam O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balam O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
letonalaw@gmail.com

Attorney for Plaintiff:
SCOTT F. SAVAGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SCOTT F. SAVAGE,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIPS & COHEN ASSOCIATES, LTD.<br><br>Defendants. | Case No.13-05636 EJD<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1) and LOCAL RULE 77-2** |
|---|---|

WHEREAS the parties to this action have entered into a settlement agreement to resolve this matter,

WHEREAS said settlement agreement requires this matter be dismissed with prejudice,

THEREFORE, the parties, through their attorneys of record, STIPULATE AND AGREE, that this matter be dismissed with prejudice.

**SO STIPULATED:**
Dated: August 5, 2014                                         /s/
_____
                                                              Balam O. Letona, Esq.
                                                              Attorney for Plaintiff

Dated: July 31, 2014                              /s/ Damian Richard
_____
                                                              Damian Richard, Esq.
                                                              Attorney for Defendant

1

2  **[PROPOSED] ORDER**

3
4   The Court adopts the stipulation of the parties. Accordingly, this matter is
5  dismissed with prejudice.
6  IT IS SO ORDERED.
7  Dated:
8  _____
   HON. EDWARD J. DAVILA
9   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                                2

28                          ***STIPULATION AND PROPOSED ORDER***