Balam O. Letona, Esq. (Cal. Bar No. 229642)
Law Office of Balam O. Letona, Inc.
55 River Street, Ste. 220
Santa Cruz, CA 95060
Telephone: (831) 421-0200
Facsimile:  (831) 421-0400
letonalaw@gmail.com

Attorney for Plaintiff:
SCOTT F. SAVAGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| SCOTT F. SAVAGE, | Case No.13-05636 EJD |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1) and LOCAL RULE 77-2** |
| vs. | |
| PHILLIPS & COHEN ASSOCIATES, LTD. | |
| Defendants. | |

WHEREAS the parties to this action have entered into a settlement agreement to resolve this matter,

WHEREAS said settlement agreement requires this matter be dismissed with prejudice,

THEREFORE, the parties, through their attorneys of record, STIPULATE AND AGREE, that this matter be dismissed with prejudice.

**SO STIPULATED:**
Dated: August 5, 2014                           /s/
                                        _____
                                        Balam O. Letona, Esq.
                                        Attorney for Plaintiff

Dated: July 31, 2014                    /s/ Damian Richard
                                        Damian Richard, Esq.
                                        Attorney for Defendant

1

*STIPULATION AND PROPOSED ORDER*

# [~~PROPOSED~~] ORDER

The Court adopts the stipulation of the parties. Accordingly, this matter is dismissed with prejudice.

IT IS SO ORDERED.  The Clerk shall close this file.

Dated:   8/6/2014

_____
HON. EDWARD J. DAVILA
United States District Judge